## 46225. CARTER v. THE STATE.

PANNELL, Judge. The defendant was indicted, tried and convicted of the offense of aggravated assault and sentenced to a term of three years. His motion for new trial on the general and special grounds was overruled and he appealed to this court. *Held:*

The evidence was sufficient to authorize the verdict found and no error is shown in the special grounds of the motion for new trial enumerated as error on appeal.

*Judgment affirmed. Bell, C. J., and Deen, J., concur in the judgment.*

SUBMITTED MAY 4, 1971—DECIDED JUNE 4, 1971—
REHEARING DENIED JUNE 22, 1971.

*Gilbert & Carter, Fred A. Gilbert,* for appellant.
*Edward E. McGarity, District Attorney,* for appellee.